**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **No. 07-05023-01-CR-SW-ODS** |
| | ) |
| Plaintiff, | ) **COUNT ONE**: |
| | ) 18 U.S.C. § 911 |
| v. | ) NMT 3 Years Imprisonment |
| | ) NMT $250,000 Fine |
| **SAUL FLORES-ROBLERO,** | ) NMT 1 Year Supervised Release |
| a/k/a "Jose Rafael Espinosa" | ) Class E Felony |
| [DOB: xx-xx-1981], | ) |
| | ) **COUNT TWO:** |
| Defendant. | ) 18 U.S.C. § 1015 (e) |
| | ) NMT 5 Years Imprisonment |
| | ) NMT $250,000 Fine |
| | ) NMT 3 Years Supervised Release |
| | ) Class D Felony |
| | ) |
| | ) **COUNT THREE:** |
| | ) 18 U.S.C. 1028A |
| | ) 2 Years Imprisonment |
| | ) (Mandatory Consecutive) |
| | ) Class E Felony |
| | ) |
| | ) **COUNT FOUR:** |
| | ) 42 U.S.C. 408 (a)(7)(B) |
| | ) NMT 5 Years Imprisonment |
| | ) NMT $250,000 Fine |
| | ) NMT 3 Years Supervised Release |
| | ) Class D Felony |
| | ) |
| | ) $100 Mandatory Special Assessment |
| | ) (Each Count) |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT**:

**COUNT ONE**

Between June 10, 2003, and May 22, 2007, said dates being approximate, at or near

Butterfield, Barry County, in the Western District of Missouri, SAUL FLORES-ROBLERO

a/k/a  Jose Rafael Espinosa, defendant herein, falsely and willfully represented himself to be a citizen of the United States in violation of Title 18, United States Code, Section 911.

## COUNT TWO

Between June 10, 2003, and May 22, 2007, said dates being approximate, at or near Butterfield, Barry County, in the Western District of Missouri, SAUL FLORES-ROBLERO a/k/a  Jose Rafael Espinosa, defendant herein, knowingly and falsely claimed that he was a citizen or national of the United States, with the intent to obtain on behalf of himself, or any person, any Federal or State benefit or service, or to engage unlawfully in employment in the United States in violation of Title 18, United States Code, Section 1015(e).

## COUNT THREE

Between June 10, 2003, and May 22, 2007, said dates being approximate, at or near Butterfield, in Barry County, in the Western District of Missouri, SAUL FLORES-ROBLERO a/k/a  Jose Rafael Espinosa, defendant herein, knowingly transferred, possessed, or used a means of identification of another person, those are 1) an Missouri Non-Driver's License number xxx-xx-4765 in the name of Jose Rafael Espinosa and 2) a Social Security Card with the number xxx-xx-4765 in the name of Jose Rafael Espinosa, during and in relation to a felony violation of 18 U.S.C. section 911 as set forth in Count One of this indictment, in violation of Title 18, United States Code, Section 1028A (a)(1).

## COUNT FOUR

Between June 10, 2003, and May 22, 2007, said dates being approximate, at or near Butterfield, in Barry County, in the Western District of Missouri, SAUL FLORES-ROBLERO a/k/a  Jose Rafael Espinosa, defendant herein, with the intent to deceive as to his true identity,

2

falsely represented a number to be the social security account number assigned by the

Commission of Social Security to himself, in violation of Title 42, United States Code, Section

408(a)(7)(B).

**A TRUE BILL**

/s/
FOREPERSON OF THE GRAND JURY

*/s/ Gary K. Milligan*
Gary K. Milligan
Assistant United States Attorney

3